**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1756**

———————

In Re:  JACOB FRAIDIN,

                                                    Debtor.

— — — — — — — — — — — —

MICHAEL G. RINN, Chapter 7 Trustee,

                                        Plaintiff - Appellee,

        versus

JACOB FRAIDIN,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:07-cv-00782-WMN; BK-92-5-2338-JS; AP-97-05223)

———————

Submitted:  January 17, 2008       Decided:  January 22, 2008

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jacob Fraidin, Appellant Pro Se.  Michael Gerard Rinn, LAW OFFICE
OF MICHAEL G. RINN, Cockeysville, Maryland; Paul-Michael Justin
Sweeney, LINOWES & BLOCHER, LLP, Bethesda, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob Fraidin appeals from the district court's order affirming the bankruptcy court's order determining the amount of damages for which Fraidin was liable to the trustee of his Chapter 7 bankruptcy case in the trustee's action alleging fraudulent transfers and failure to turn assets over to the bankruptcy trustee. We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rinn v. Fraidin, Nos. 1:07-cv-00782-WMN; BK-92-5-2338-JS; AP-97-05223 (D. Md. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED